FILED

OCT 31 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:19CR905 JMB |
| v. ) | |
| ) | |
| HEND MSALLATI, ) | |
| ) | |
| Defendant, ) | |

## MISDEMEANOR NFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about January 6, 2017, in the Eastern District of Missouri:

**HEND MSALLATI,**

the defendant herein, did embezzle, steal, purloin, or knowingly convert to her own use, and the use of another, money and items of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amount of $724.60 creating a total overpayment in excess of $112,000.00 of Missouri Medicaid benefits administered by the United States Department of Health and Human Services.

All in violation of Title 18, United States Code, Section 641.

Respectfully submitted,
JEFFREY B. JENSEN
United States Attorney

*/s/ Tracy L. Berry*

TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*/s/ Tracy L. Berry*
TRACY L. BERRY

Subscribed and sworn to before me this 31st day of October 2019.

*Gregory J. Linhares*
CLERK, U.S. DISTRICT COURT

By: *Alan G. Brown*
DEPUTY CLERK